UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHARON LANISE MCKENZIE,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

Case No. 15-14488

HONORABLE AVERN COHN

**ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 17)**
**AND**
**GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Doc. 13)**
**AND**
**DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Doc. 15)**
**AND**
**REMANDING MATTER FOR FURTHER ADMINISTRATIVE PROCEEDINGS**

I.

This is a social security case. Plaintiff Sharon Lanise McKenzie appeals from the final determination of the Commissioner of Social Security (Commissioner) that she is not disabled and therefore not entitled to disability insurance benefits. The matter was referred to a magistrate judge for all pretrial proceedings. Plaintiff and the Commissioner filed cross motions for summary judgment. Plaintiff requested that the Commissioner's decision be reversed and the matter be remanded for further proceedings. The magistrate judge issued a report and recommendation (MJRR) recommending that plaintiff's motion be granted and the Commissioner's motion be denied. Specifically, the magistrate judge recommends that the matter be remanded for further administrative proceedings under sentence four[1] of 42

---

[1] "A district court's authority to remand a case for further administrative proceedings is found in 42 U.S.C. § 405(g)." Hollon v. Commissioner, 447 F.3d 477, 482-83 (6th Cir. 2006). The statute permits only two types of remand: a sentence four (post-judgment) remand made in connection with a judgment affirming, modifying, or reversing the

U.S.C. § 405(g).

II.

Neither party has filed objections to the MJRR and the time for filing objections has passed. The failure to file objections to the report and recommendation waives any further right to appeal. Smith v. Detroit Federation of Teachers Local 231, 829 F.2d 1370, 1373 (6th Cir.1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the motions. Thomas v. Arn, 474 U.S. 140, 149 (1985).

However, the Court has reviewed the MJRR and agrees with the magistrate judge. Accordingly, the findings and conclusions of the magistrate judge are ADOPTED as the findings and conclusions of the Court. Plaintiff's motion for summary judgment is GRANTED. The Commissioner's motion for summary judgment is DENIED.

This matter is REMANDED for further administrative proceedings consistent with the MJRR.

SO ORDERED.

                                                  S/Avern Cohn
                                                  AVERN COHN

Dated: October 27, 2016       UNITED STATES DISTRICT JUDGE
       Detroit, Michigan

---

Commissioner's decision; and a sentence six (pre-judgment) remand where the court makes no substantive ruling as to the correctness of the Commissioner's decision. Under a sentence six remand, the administrative proceedings can be reopened so that the Commissioner may consider "new and material evidence that for good cause was not previously presented to" the Commissioner. Hollon, 447 F.3d at 483.